AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Michelle Tarpley, Stella Schaeffer, Deborah Saravello, Denise Elliott, Rosina Turmel, Rachanee Lee, Elias Rivera, Lillian Buti, Lynn Cahill, Sharda White, Vickie Shoffler, and Frederick Pope, Plaintiffs,

V.

LVNV Funding, LLC, a Delaware limited liability company, and Arrow Financial Services, LLC, a Delaware limited liability company, Defendants.

CASE NUMBER: 12 C 8819

ASSIGNED JUDGE: Norgle

DESIGNATED MAGISTRATE JUDGE: Rowland

TO: (Name and address of Defendant)

Arrow Financial Services, LLC
c/o C.T. Corporation System, as registered agent
208 S. LaSalle Street
Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

THOMAS G. BRUTON, CLERK

DATE
November 5, 2012

DATE

ClientCaseID: EVA
Law Firm ID: PHILIPPS



CaseReturnDate: 11/27/12

Affidavit of Special Process Server

# UNITED STATES DISTRICT COURT

Case Number **12C8819**

I, JONATHAN R. DIXON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN    SUMMONS AND COMPLAINT

ON THE WITHIN NAMED DEFENDANT **ARROW FINANCIAL SERVICES, LLC**
PERSON SERVED **Felicia Randall, process specialist**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **11/7/12**
Felicia Randall, process specialist is authorized to accept service on behalf of CT Corporation Systems.

That the sex, race and approximate age of the person whom I left the document(s) are as follow:

| | | | | | |
|---|---|---|---|---|---|
| Sex | Female | Race | BLACK | Age | 33 |
| Height | 5'8" | Build | THIN | Hair | BLACK |

LOCATION OF SERVICE **208 S LASALLE STREET, SUITE 814 CHICAGO, IL, 60604**

Date Of Service **11/7/12**    Time of Service **12:42 PM**

JONATHAN R. DIXON    11/7/2012
Special Process Server
P.E.R.C.#129-316846

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.